IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| HILL APARTMENTS OF SPRINGFIELD, LLC, | : : : | Case No. 3:22-cv-00191 |
| Plaintiff, | : : | District Judge Thomas M. Rose<br>Magistrate Judge Caroline H. Gentry |
| vs. | : : : | |
| STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY, | : : : : | |
| Defendant. | : | |

## ORDER GRANTING JOINT AGREED MOTION TO STAY THIS LITIGATION PENDING APPRAISAL (DOC. 13)

This matter is before the Court on the parties' Joint Agreed Motion to Stay This Litigation Pending Appraisal (Doc. 13). For the reasons stated by the parties, and for good cause shown, the Court GRANTS the Motion and STAYS this litigation until the appraisal occurs.

The parties are ORDERED to file a joint status report every ninety (90) days until the appraisal is complete. This matter shall be set for a Telephone Status Conference on March 9, 2023, at 10:00 a.m. before Magistrate Judge Caroline H. Gentry. If the appraisal is completed before that time, the parties shall notify the Court in writing no later than fourteen (14) days after its completion.

**IT IS SO ORDERED.**

                                                     */s/ Caroline H. Gentry*
                                                     Caroline H. Gentry
                                                     United States Magistrate Judge

Any party may, within fourteen (14) days after this Order is filed, file and serve on the opposing party a motion for reconsideration by a District Judge. 28 U.S.C. § 636(b)(1)(A), Fed. R. Civ. P. 72(a). The motion must specifically designate the order or part in question and the basis for any objection. Responses to objections are due ten days after objections are filed and replies by the objecting party are due seven days thereafter. The District Judge, upon consideration of the motion, shall set aside any part of this Order found to be clearly erroneous or contrary to law.

This order is in full force and effect, notwithstanding the filing of any objections, unless stayed by the Magistrate Judge or District Judge. S.D. Ohio Civ. R. 72.4.