# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| HILL APARTMENTS OF SPRINGFIELD, LLC, | : : : | Case No. 3:22-cv-00191 |
| | : : | District Judge Thomas M. Rose |
| Plaintiff, | : : | Magistrate Judge Caroline H. Gentry |
| vs. | : : : | |
| STATE AUTO PROPERTY AND CASUALTY INSURANCE CO., | : : : | |
| Defendant. | : : | |

## ORDER

By prior entry, the Court ordered the parties to file a joint status report every ninety days until the appraisal is complete in this case. (Doc. No. 18.) The parties filed their most recent report on December 22, 2023. (Doc. No. 27.) Accordingly, their next report was due no later than March 21, 2024. However, no such report was filed.

The parties are therefore **ORDERED** to file a joint status report pursuant to the terms of the Court's May 4, 2023 Order no later than **SEVEN (7) DAYS** from the date of the instant Order.

**IT IS SO ORDERED.**

*s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge

1